RECEIVED

JUN 3 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TRUE VINE MINISTRIES INTERNATIONAL INC. | CIVIL ACTION NO. 6:16CV270 |
| VERSUS | JUDGE DOHERTY |
| STATE FARM LLOYDS, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This motion was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the Magistrate Judge is correct. Accordingly,

**IT IS HEREBY ORDERED** that the motion to dismiss [Doc. 7] is GRANTED, and all claims asserted against State Farm Lloyds are DISMISSED for lack of personal jurisdiction.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 30 day of June, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE